IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| ROGER CLEVELAND GOLF COMPANY, INC., )<br>)<br>Plaintiff,       )<br>)<br>)<br>VS.                          )<br>)<br>CHRISTOPHER PRINCE, SHELDON SHELLEY, )<br>AND PRINCE DISTRIBUTION, LLC       )<br>)<br>)<br>Defendants    )<br>)  | CIVIL ACTION NO: CA NO: 2:09 CV 02119 MBS<br><br><br>**ANSWER** |

TO:   THE PLAINTIFF AND HIS ATTORNEY: JOHN C. MCELWAINE.

The defendant, Christopher Prince and Prince Distribution, LLC., by and through his undersigned attorney, responding to the plaintiff's Complaint, would respectfully show unto the Court:

**FOR A FIRST DEFENSE**

1. That the defendant, Christopher Prince and Prince Distribution, LLC, denies each and every allegations of the Complaint not herein specifically admitted, modified or explained, and demands strict proof thereof.

2. That the defendant denies the allegations of paragraphs 1 and 2 of the Complaint and demand strict proof thereof.

3. That the defendant denies the allegations set forth in paragraphs 3, 4, and 5 of the Complaint and demands strict proof thereof.

## FOR A SECOND DEFENSE

Reserving the right under the first defense, defendant, Christopher Prince and Prince Distribution, sets forth their answer as follows:

4. That each and every allegation of the Complaint not herein specifically admitted is denied and demands strict proof thereof.

5. Upon information and belief, the defendant admits to the allegations of paragraph 6 of the complaint.

6. That the defendant admits the allegations set forth in paragraph 7 of the Complaint and qualifies that the defendant is a citizen and resident of North Charleston, South Carolina.

7. Upon information and belief, the defendant admits to the allegations of paragraph 8 of the Complaint. The Defendant further denies the remaining allegations contained in such paragraph and demands strict proof thereof.

7. Upon information and belief, the defendant admits the allegations set forth in paragraph 9 of the Complaint. The Defendant further denies the remaining allegations contained in such paragraph and demands strict proof thereof.

8. Upon information and belief of the complaint the defendant admits in paragraphs 10,11,12,13,14, 15,16,17, and 18 of the Complaint.

## FOR A THIRD DEFENSE

9. That the defendant denies the allegations set forth in paragraphs 19,20,21,22,23,24,25,26,27,29 and demands strict proof.

10. That the defendant denies the allegations set forth in paragraphs 30,31,32,33,34,35 and 36. and demands strict proof.

## FOR A FOURTH DEFENSE

11. That the Defendant alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 45 through 54, of the complaint and therefore denies the same and demands strict proof thereof.

WHEREFORE, after fully answering the complaint of the Plaintiff, the Defendant, Christopher Prince and Prince Distribution, LLC prays for an Order of this Court dismissing the action with attorney fees and costs assessed against the Plaintiff and for other such relief as this Court deems just and proper.

LIZZI LAW FIRM, PC

*S/ Christopher D. Lizzi, Esquire*

Christopher D. Lizzi, Esquire
Attorney for Defendant
Federal Bar Number: 8040
2170 Ashley Phosphate Rd., Suite 402
N. Charleston, SC 29406
(843) 797-0222 Fax: (843) 797-0202

North Charleston, South Carolina
September 17, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| ROGER CLEVELAND GOLF COMPANY, INC., ) | CIVIL ACTION NO: CA NO: 2:09 CV 02119 MBS |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | |
| ) | |
| CHRISTOPHER PRINCE, SHELDON SHELLEY, ) AND PRINCE DISTRIBUTION, LLC ) | |
| ) | |
| Defendants ) | |

    I, the undersigned paralegal, for Christopher D. Lizzi, attorney for the Defendants Christopher Prince and Prince Distribution, LLC do hereby certify that I have served the Plaintiff, by and through his attorneys, with a copy of the Answer to Plaintiff's Complaint, Corporate Disclosure Statement, and Responses to Local Civil Rule 26.01 by mailing a copy of the same by US Mail, postage prepaid, on this 17th day of September, 2009, to:

    John C. McElwaine
    151 Meeting Street/Sixth Floor
    Post Office Box 1806
    Charleston, SC 29401

                                        *S/ Melisa Barbosa*
                                        Melisa Barbosa