IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Roger Cleveland Golf Company, Inc., ) | Civil Action No. 2:09-2119-MBS |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Christopher Prince, Prince Distribution, ) | |
| LLC, and Bright Builders, Inc., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## VERDICT FORM

We, the jury, find the following:

The Court has concluded that Christopher Prince and Prince Distribution, LLC are liable for trademark counterfeiting and infringement in violation of the Lanham Act.

1. **Was Christopher Prince and/or Prince Distribution, LLC's** conduct willful?

   √ Yes      ___ No

   If you found that **Christopher Prince and/or Prince Distribution LLC's** conduct was willful, what amount of statutory damages per mark do you assess against these defendants for trademark counterfeiting and infringement? $ 2,500.00

   If you found that **Christopher Prince and/or Prince Distribution LLC's** conduct was not willful, what amount of statutory damages per mark do you assess against these defendants for trademark counterfeiting and infringement? $_____

2. Has Cleveland Golf proven by a preponderance of the evidence that **Bright Builders, Inc.** is liable for contributory or vicarious trademark counterfeiting and infringement?

   √ Yes      ___ No

1

3. If the answer to question 2 is yes, was **Bright Builders, Inc.'s** conduct willful?

   ✓ Yes     ___ No

   If you found that **Bright Builders, Inc.'s** conduct was willful, what amount of statutory damages per mark do you assess against this defendant for trademark counterfeiting and infringement? $ 70,000.00

   If you found that **Bright Builders, Inc.'s** conduct was not willful, what amount of statutory damages per mark do you assess against this defendant for trademark counterfeiting and infringement? $ _____

4. Has Cleveland Golf proven by a preponderance of the evidence that **Christopher Prince and/or Prince Distribution, LLC** violated the South Carolina Unfair Trade Practices Act?

   ✓ Yes     ___ No

5. If the answer to question 4 is yes, what amount of damages do you assess against **Christopher Prince and/or Prince Distribution, LLC**? $ 250.00

6. If the answer to question 4 is yes, was **Christopher Prince and/or Prince Distribution, LLC's** conduct willful?

   ✓ Yes     ___ No

7. Has Cleveland Golf proven by a preponderance of the evidence **Bright Builders, Inc.** violated the South Carolina Unfair Trade Practices Act?

   ✓ Yes     ___ No

8. If the answer to question 7 is yes, what amount of damages do you assess against **Bright Builders, Inc.**? $ 250.00

2

9.  If the answer to question 7 is yes, was **Bright Builders, Inc.'s** conduct willful?

    ✓ Yes      ___ No

                                    ███████████████
                                    ───────────────────
                                    Foreperson's Signature

                                    ███████████████
                                    ───────────────────
                                    Foreperson's Printed Name

Columbia, South Carolina
March _10_, 2011

3