# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Roger Cleveland Golf Company, Inc.<br>*Plaintiff*<br>v.<br>Christopher Prince, Prince Distribution, LLC, and Bright Builders, Inc.<br>*Defendants* | Civil Action No.   2:09-2119-MBS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ the plaintiff, Roger Cleveland Golf Company, Inc., recover from the defendants, Christopher Prince, Prince Distribution, LLC, the amount of Twenty-eight Thousand, Two Hundred Fifty and 00/100 dollars ($ 28,250.00), which includes postjudgment interest at the rate of .26 %, along with costs.

■ the plaintiff, Roger Cleveland Golf Company, Inc., recover from the defendants, Bright Builders, Inc., the amount of Seven Hundred Seventy Thousand, Seven Hundred Fifty and 00/100 dollars ($ 770,750.00), which includes postjudgment interest at the rate of .26 %, along with costs.

This action was *(check one)*:

■ tried by a jury, the Honorable Margaret B. Seymour, U.S. District Judge, presiding, and the jury has rendered a verdict.

Date:   March 14, 2011

*CLERK OF COURT*

s/Mary E. Deal

*Signature of Clerk or Deputy Clerk*